UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEAF O'NEAL, ALEXIS UBIERA, and IVAJLO MILANOV, Individually and on Behalf of all Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>    - against –<br><br>FREM GROUP, LP, STAMFORD CLUB MANAGEMENT, INC., YORKTOWN CLUB MANAGEMENT, INC, WESTCHESTER INDOOR TENNIS, LTD., STAMFORD INDOOR TENNIS CORPORATION, ELIZABETH GAGLIARDI; ROSEANN GAGLIARDI; FRANK GAGLIARDI and JOHN DeFILLIPO,<br><br>                    Defendants. | Civil Action No.  11 CV 2633 |

### CONSENT TO SUE FORM

I was employed by one or more of the defendants in the above-entitled action, *O'Neal, et al. v. Frem Group, L.P., et al.*, pending in the United States District Court for the Southern District of New York. As such, I hereby consent to join and be a part of the case.

I hereby authorize the law firm of Faruqi & Faruqi, LLP to represent me in this action.

I understand that if my claim is successful, the fees of my lawyers will be paid by a percentage of any settlement obtained or monetary judgment entered in favor of the plaintiffs, and/or by any attorneys' fees which the defendants may pay pursuant to any settlement or court order. If my claim is not successful, I understand that I will not owe my lawyers any fees.

Signature: *Gregory P. Stoffer*

Name (please print): Gregory P. Stoffer

Address: P.O. Box 99

City, State, Zip: Thornwood, N.Y. 10594

Date: 6/26/11